# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

GENELLA CARTER

NO. 2019 KW 0725

AUG 0 5 2019

---

In Re:   Genella Carter, applying for supervisory writs, 20th
         Judicial District Court, Parish of East Feliciana, No.
         18-CR-941.

---

**BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.**

   **WRIT GRANTED IN PART; WRIT DENIED IN PART.**  The April 2,
2019 order of forfeiture of the mare is affirmed, but the
forfeiture of the other two horses is reversed.  Relator was
convicted of one count of cruelty to animals, and there is an
insufficient basis for forfeiture of the other horses.  See La.
R.S. 14:102.2(D).

**JMM**
**WRC**

   **Theriot, J.,** dissents.   The State may  not  move  for
reconsideration of sentence  in  a  misdemeanor.   See La. Code
Crim. P. art. 881.1(A)(2).

COURT OF APPEAL, FIRST CIRCUIT

_____
     DEPUTY CLERK OF COURT
        FOR THE COURT